IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF OHIO | ) | CASE NO. 1:24-mj-04073-JDG |
| Plaintiff, | ) | MAGISTRATE JONATHAN GREENBERG |
| v. | ) | **DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR LEAVE** |
| MOLLY DUNCAN | ) | |
| Defendant. | ) | |

Defendant Molly Duncan, by and through Attorney R. J. Budway, has no objection to the Government's Motion for Leave to File Ex Parte Motion under Seal (Docket No. 12).

Respectfully submitted,

**THE LAW OFFICE OF R. J. BUDWAY**

/s/ R. J. Budway
**R. J. BUDWAY 0061224**
Attorney for Defendant
5505 Detroit Road, Suite E
Sheffield Village, OH 44054
PH: (440) 323-0100
FX: (440) 219-4864

## PROOF OF SERVICE

A copy of the foregoing *Response* served on the State by electronic mail transmission this 8th day of April, 2025, upon the following:

Steve Albenze
Co-Counsel for Molly Duncan
albenzielawgroup@gmail.com

Margaret A. Kane
Assistant United States Attorney/Northern District of Ohio
Margaret.kane@usdoj.gov

Michelle Baeppler
Assistant United States Attorney/Northern District of Ohio
Michelle.baeppier@usdij.com

/s/ R. J. Budway
**R. J. BUDWAY 0061224**
Attorney for Defendant